1

2

3

4

5                    UNITED STATES DISTRICT COURT

6                  NORTHERN DISTRICT OF CALIFORNIA

7

8    PHILLIP PAPPAS,                          No. C 10-766 SI (pr)

9              Plaintiff,                     **ORDER OF TRANSFER**

10        v.

11   R. BLACKWELL; et al.,

12             Defendants.

13   _____/

14        Phillip Pappas commenced this civil rights action by filing his complaint in Santa Clara

15   County Superior Court.  Defendants then removed the case to federal court because claims

16   alleged under 42 U.S.C. § 1983 presented a federal question.  Venue is proper in the district

17   located where the state action was pending.  See 28 U.S.C. § 1441(a).  Nonetheless, the court

18   may transfer the action to a different district "for the convenience of the parties and witnesses."

19   28 U.S.C. § 1404(a).  Here, the complaint concerns events and omissions that occurred at the

20   California State Prison - Solano in Solano County, which is within the venue of the Eastern

21   District of California.  See Complaint, pp. 7, 11, 15, 17, 22, 23 (listing "SOL" and "CSP-A" as

22   prefixes on inmate appeals) and p. 7 & n.1 (mentioning CSP-Solano as site of one of incidents

23   alleged). 6-7 (identifying a defendant working at CSP - Solano Medical Department).

24   Defendants also apparently reside in the Eastern District of California.  Venue would be proper

25   in that district and, indeed, would have been improper in this district had Pappas originally filed

26   in federal court rather than in state court.  All the defendants, most of the witnesses and likely

27   much of the evidence will be found at the prison in Solano County.  See, e.g., Complaint, pp.

28   17 and 24 (indicating an interest in calling 20+ inmate-witnesses to an incident).  Accordingly,

**United States District Court**
For the Northern District of California

1  pursuant to 28 U.S.C. § 1404(a), and for the convenience of parties and witnesses, this action

2  is TRANSFERRED to the United States District Court for the Eastern District of California.

3  The clerk shall transfer this matter.

4          IT IS SO ORDERED.

5  Dated: May 17, 2010

6                                                  SUSAN ILLSTON
                                                   United States District Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
For the Northern District of California

2